ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 5:08 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 5:08:26 PM
CHRISTOPHER A. PRINE
Clerk



## DEAN G. PAPPAS, PLLC
### ATTORNEYS AT LAW

8588 KATY FREEWAY
SUITE 100
HOUSTON, TEXAS 77024
TELEPHONE: 713-914-6200
FAX: 713-914-6201

MARY M. MARKANTONIS
mmarkantonis@dgplawfirm.com

May 8, 2025

**Via E-serve**

Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

Re:  **No. 15-25-00061-CV**; *Francisca Okonkwo, Administrative Law Judge, TDI-DWC, in her Official Capacity and Fort Bend County v. Joshua David Heiliger, Individually and on behalf of the Estate of Lauren Brittane Smith, Deceased, et al*; in the 15th Court of Appeals

Dear Fifteenth Court of Appeals:

Regarding the above-referenced case, enclosed for electronic filing is:

- **Payment for Notice of Appeal**

Thank you for your cooperation and assistance. Should you have any questions, please do not hesitate to contact me.

Sincerely,
DEAN G. PAPPAS LAW FIRM, PLLC

Mary M. Markantonis

MMM:hf

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Furlow on behalf of Mary Markantonis
Bar No. 12986800
hfurlow@dgplawfirm.com
Envelope ID: 100623418
Filing Code Description: Copy of Notice of Appeal
Filing Description: Ltr - Payment for Notice of Appeal
Status as of 5/9/2025 7:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lisa Teachey | 24056416 | lteachey@dgplawfirm.com | 5/8/2025 5:08:26 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 5/8/2025 5:08:26 PM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 5/8/2025 5:08:26 PM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 5/8/2025 5:08:26 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 5/8/2025 5:08:26 PM | SENT |